# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00114-CV

**Jovon Lemont Reed and the Texas Department of Public Safety, Appellants**

**v.**

**Kristy Lynn Villesca, Dawn Melcher, Individually and as Personal Representatives of the Estate of Carolyn Weiser Galbreath, Deceased, Appellees**

## FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT NO. 11976, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants filed their notice of appeal on February 24, 2004.  On May 4, appellants requested an extension of time to file their brief.  On May 10, this Court extended the filing deadline for appellants' brief to June 9.  On July 28, the Clerk of this Court sent appellants notice that their brief was overdue and that the appeal would be dismissed for want of prosecution if appellants did not reply to the notice by August 6.  To date, appellants have not responded to this Court's notice.

We therefore dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3.

_____

David Puryear, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Prosecution

Filed:   October 7, 2004